STATE OF NEW JERSEY v. JOHN HENRY POINDEXTER.

September 7, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. LOUIS M. JACKSON.

September 7, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL PASECKI.

September 7, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. DAVID LEMMON.

September 7, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. NASIR SAID NASSARDEEN.

September 7, 1988.

Petition for certification denied.